IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SARAH SPRIESCH, | ) | |
| | ) | Case No.  17 CV 1952 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge |
| | ) | |
| CITY OF CHICAGO, a municipal | ) | Magistrate Judge |
| Corporation, | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

To the judges of the United States District Court for the Northern District, Eastern Division of Illinois:

Defendant, CITY OF CHICAGO, removes the above-entitled action to this court pursuant to 28 U.S.C. § 1441(a).  In support of this motion, defendant states as follows:

1. Petitioner is a defendant in the civil action filed on February 14, 2017 in the Circuit Court of Cook County of the State of Illinois, No. 2017 CH 2231, entitled, SARAH SPRIESCH, Plaintiff v. CITY OF CHICAGO, a municipal Corporation, Defendant. *See* Complaint attached hereto as **Exhibit A**.

2. The Summons and Complaint was served upon defendant, City of Chicago, on February 21, 2017.

3. The above-described action is a nine-count complaint in which plaintiff alleges: *Count I*: pregnancy discrimination under the Illinois Human Rights Act ("IHRA"), 775 ILCS 2/1-101, *et seq.*; *Count II*: gender discrimination under the IHRA; *Count III*: failure to provide reasonable accommodations under the IHRA; *Count IV*: retaliation under the IHRA; *Count V*: disparate treatment sex (pregnancy) discrimination under Title VII, 42 USC § 2000e, *et seq.*,

*Count VI*: disparate impact sex (pregnancy) discrimination under Title VII, *Count VII*: retaliation under Title VII; *Count VIII*: Illinois Nursing Mothers in the Workplace Act, 20 ILCS 2501*, et seq.*; and *Count IX*; retaliation in violation of the Fair Labor Standards Act, 29 USC § 201, *et seq.*. See **Exhibit A**, Paragraphs 90-118.

4. Defendant is entitled to remove this action pursuant to the provisions of 28 U.S.C. § 1441(a), in that it appears from the face of the complaint that it is founded on a claim or right arising under the laws of the United States, including three counts raised under Title VII and one count brought under the Fair Labor Standards Act.

WHEREFORE, Defendant City of Chicago respectfully requests that the above-entitled action now pending in the Circuit Court of Cook County in the State of Illinois, Case number 2017 CH 2231, be removed therefrom to this Court.

Respectfully submitted,

EDWARD N. SISKEL
Corporation Counsel for City of Chicago

By: *s/ Daniel W. Myerson*
Daniel W. Myerson
Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
312/744-4939