**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SARAH SPRIESCH, | ) | |
| | ) | |
| Plaintiff, | ) | Case no. 17-cv-1952 |
| | ) | |
| v. | ) | Judge Sara L. Ellis |
| | ) | |
| CITY OF CHICAGO, a municipal Corporation, | ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Sarah Spriesch and Defendant City of Chicago, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

DATED: 5/29/18

By: *[signature]*
Davel Myerson
Attorney for City of Chicago

6/4/18

*[signature]*
Amy Meek
Attorney for Sarah Spriesch

## **CERTIFICATE OF SERVICE**

  I, Amy Meek, an attorney, hereby certify that I caused true and correct copies of the foregoing STIPULATION TO DISMISS to be served upon all counsel of record via the ECF system of the U.S. District Court, Northern District of Illinois, Eastern Division, on this 5th day of June 2018.

                 /s/ Amy Meek